RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for Jesus Suarez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JESUS SUAREZ,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00237-JCM-VCF<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert E. O'Brien, Assistant Federal Public Defender, counsel for Jesus Suarez, that the pretrial motion deadline be continued sixty (60) days.

　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including February 21, 2020, to file any and all pretrial motions and notice of defense, currently due December 23, 2019.

　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including March 6, 2020, to file any and all responsive pleadings, currently due January 6, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including March 13, 2020, to file any and all replies to dispositive motions, currently due January 13, 2020.

1. Counsel for the defendant recently received additional discovery. Additional time is needed to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second stipulation to continue filed herein.

DATED this 7th day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Robert E. O'Brien<br>ROBERT E. O'BRIEN<br>Assistant Federal Public Defender | By /s/ Stephanie Ihler<br>STEPHANIE IHLER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS SUAREZ,<br><br>　　　　Defendant. | Case No. 2:19-cr-00237-JCM-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1.　　Counsel for the defendant recently received additional discovery. Additional time is needed to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

　　2.　　The defendant is incarcerated and does not object to the continuance.

　　3.　　The parties agree to the continuance.

　　4.　　The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

　　5.　　Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including February 21, 2020 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including March 6, 2020 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including March 13, 2020 to file any and all replies.

DATED January 9, 2020.

UNITED STATES DISTRICT JUDGE