RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for Jesus Suarez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JESUS SUAREZ,<br><br>            Defendant. | Case No. 2:19-cr-00237-JCM-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie N. Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Jesus Suarez, that the Sentencing Hearing currently scheduled on December 11, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than seventy-five (75) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel has hired an expert to test and investigate Mr. Suarez's intellectual capacity based on discussions of an intellectual disability in his school records. This

information is important to mitigation evidence Mr. Suarez intends to present to the court at his sentencing hearing.

    2.    The defendant is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the first request for a continuance of the Sentencing Hearing.

DATED this 17th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Robert O'Brien<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By *Stephanie N. Ihler*<br>STEPHANIE N. IHLER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS SUAREZ,<br><br>    Defendant. | Case No. 2:19-cr-00237-JCM-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Friday, December 11, 2020 at 10:00 a.m., be vacated and continued to <u>February 26, 2021</u> at the hour of <u>11:00 a.m</u>.

    DATED November 20, 2020.

_____
UNITED STATES DISTRICT JUDGE

3